UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD DODD, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:24-cv-00025-JRS-MJD |
| CHRISTINA REAGLE, | ) ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **DISMISSED** for failure to state a claim.

Date: 11/4/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

RICHARD DODD
57 Barberry Dr.
Osceola, IN 46561